■ JUDITH LANG, Appellant, v RICHARD DOWNEY, JR., Re-

spondent.—Motion for clarification denied. Memorandum: Appellant moves for "a clarification of the effective date of the increase in child support" as provided in our order of September 27, 1985 [113 AD2d 1013]. Our order needs no clarification. The order appealed from modified a judgment of divorce by increasing the amount provided for child support. Our order modified that order by further increasing the amount of child support; it did not change its effective date. The notice of appeal expressly limited the issues appealed from to issues other than the effective date of the increase in child support; thus, appellant waived her right to a determination of that issue on appeal (see, 10 Carmody-Wait 2d, NY Prac § 70:86, at 354). Appellant is not entitled to a determination of that issue on this motion, which is in effect an attempt to reargue the appeal. Present—Dillon, P. J., Callahan, Denman, Boomer and Green, JJ.

■ In the Matter of JOHN CRONE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner.—Resignation accepted and name stricken from roll of attorneys. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.